UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

September 14, 2016

MEMORANDUM TO PARTIES RE:   Commonwealth Construction Co., Inc. v. James T. Redding
Civil Action No. GLR-14-3568

Dear Parties:

     Having been advised that Defendant James T. Redding is currently serving a 24-month term of incarceration at FCI Cumberland, the show cause hearing scheduled for tomorrow is CANCELLED and Plaintiff's Motion for Civil Contempt (ECF No. 19) is STAYED. By the close of business on Thursday, September 14, 2016, Plaintiff shall file a status report informing the Court whether it intends to continue to pursue this action or whether it will voluntarily dismiss this action without prejudice.

     Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge